IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAQUELINE CHAVEZ TELLEZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-26-CV-4169-FB |
| | § | |
| (1) Warden of South Texas Detention Center, in Their Official Capacity; MIGUEL VERGARA, Field Office Director of the San Antonio Field Office, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; (3) TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; (4) MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; and (5) TODD BLANCHE, U.S. Attorney General, in Their Official Capacities, | § | |
| | § | |
| *Respondents*. | § | |

***ORDER OF DISMISSAL AND JUDGMENT***

Before the Court is the Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus filed on September 15, 2026 (ECF No. 8), asking the Court to dismiss the pending Petition for Writ of Habeas Corpus as moot because Petitioner was granted the relief she sought in her immigration proceedings before the Immigration Court on August 17, 2026. A few days later, Petitioner was released from ICE custody and therefore, Petitioner asks that the Petition be dismissed as moot as there is no longer a live controversy for the Court to resolve. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus (ECF No. 8) is GRANTED such that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED AS MOOT based on Petitioner's release. IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 15th September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE